**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Katherine Coleman and Lewis Coleman, Respondents,

v.

Kristin Fields Coleman and W., a minor under the age of fourteen (14) years, Defendants,

Of whom Kristin Fields Coleman is the Appellant,

v.

Leslie Fields and Tony Fields, Respondents.

Appellate Case No. 2023-001501

———————————

Appeal From Saluda County
Huntley S. Crouch, Family Court Judge

———————————

Unpublished Opinion No. 2024-UP-291
Submitted July 29, 2024 – Filed July 30, 2024

———————————

**AFFIRMED**

———————————

John Brandt Rucker and Allyson Sue Rucker, both of
The Rucker Law Firm, LLC, of Greenville, for
Appellant.

Rebecca West, of Harling & West, LLC, of Lexington; and Nettie ElizaBeth Branham, of Law Office of N. ElizaBeth D. Branham, LLC, of West Columbia, both for Respondents Katherine Coleman and Lewis Coleman.

Bradley Wilson Knott, of Law Office of Bradley W. Knott, LLC, of Greenwood, for Respondents Leslie Fields and Tony Fields.

Amber Cary Fulmer, of Jewitte Dooley Law, LLC, of Lexington, as Guardian ad Litem.

---

**PER CURIAM:**  Kristin Fields Coleman appeals the family court's final order terminating her parental rights to her minor child and granting the child's adoption by Katherine Coleman and Lewis Coleman.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**THOMAS, MCDONALD, and VERDIN, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.